

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA        :
                                :    NOTICE OF INTENT TO
         - v -                  :    FILE AN INFORMATION
                                :
JAMES DOOLAN,                   :
                                :    **08 CRIM 113**
         Defendant.             :
                                :
- - - - - - - - - - - - - - - - x

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           February 7, 2008

*JUDGE STEIN*

                        MICHAEL J. GARCIA
                        United States Attorney

           By:   _____
                Reed Michael Brodsky
                Assistant United States Attorney


                AGREED AND CONSENTED TO:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/8/08

           By:   _____
                James Druker, Esq.
                Attorney for James Doolan

2/8/08   WHEEL A