UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v -

JAMES DOOLAN,

        Defendant.

- - - - - - - - - - - - - - - x

Waiver of Indictment

08 Cr. _____

**08 CRIM 113**

    The above-named defendant, who is accused of one count of violating Title 18, United States Code, Section 371, and one count of violating Title 15, United States Code, Sections 78j(b) & 78ff, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant James Doolan

_____
Counsel for James Doolan

_____
Witness

Date:    New York, New York
          February 11, 2008

