UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :
            -v.-                    :          08 Cr. 113 (SHS)
                                   :
JAMES DOOLAN,                      :
                                   :
            Defendant.             :
                                   :
- - - - - - - - - - - - - - - - - x

          WHEREAS, with the defendant's consent, his guilty plea

allocution was taken before Magistrate Judge Gabriel W.

Gorenstein on Monday, February 11, 2008;

          WHEREAS, a transcript of the allocution was made and

thereafter transmitted to the District Court; and

          WHEREAS, upon review of that transcript, this Court has

determined that the defendant James Doolan entered the guilty

plea knowingly and voluntarily and that there is a factual basis

for the guilty plea,

          IT IS HEREBY ORDERED that the defendant's guilty plea

is accepted.

Dated:    New York, New York
          March 12, 2008

                                        _____
                                        SIDNEY H. STEIN
                                        UNITED STATES DISTRICT JUDGE