

June 10, 2008

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street   Room 1010
New York, New York  10007-1312

MEMO ENDORSED

              Re:  United States v. James Doolan
                   Case No. 08 CR 113-01 (SHS)

Dear Judge Stein:

    I represent James Doolan, who is scheduled to be sentenced before Your Honor on June 18, 2008, pursuant to his plea of guilty before Magistrate Judge Gorenstein on February 11, 2008.

    On behalf of Mr. Doolan, we are respectfully requesting that the sentencing be adjourned to any date during the week of September 15th, if that is amenable to Your Honor.  The reason for this request is that my client is raising the funds that will enable him to make restitution, which we believe is an integral part of the sentencing process.  This is our first request for an adjournment.

    I have discussed this matter with AUSA Reed Brodsky, who has consented on behalf of the Government.

                                        Respectfully submitted,

                                        James O. Druker

*[Handwritten endorsement: The sentencing is adjourned to 9/24/08, at 2:30 pm. SO ORDERED 6/12/08]*

                                        SIDNEY H. STEIN
                                        U.S.D.J.

JOD:md
cc: AUSA Reed M. Brodsky
    Johnny Y. Kim, Probation Officer