```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,                Case No. 08 CR 113-01 (SHS)

                    Plaintiff,
                                         NOTICE OF APPEARANCE
     - against -

JAMES DOOLAN,

                    Defendants
------------------------------------x
```

**TO: CLERK OF THE COURT**

**S I R:**

    You are hereby notified that I appear as counsel to defendant JAMES DOOLAN in the above-referenced action.

    I am appearing as retained counsel.

    I was admitted to practice in this Court in January, 1974.

Dated:  Garden City, New York
        June 16, 2008

                                                    JAMES O. DRUKER (JD5944)

                                                    KASE & DRUKER
                                                    1325 Franklin Avenue
                                                    Suite 225
                                                    Garden City, New York  11530
                                                     (516) 746-4300

TO:  UNITED STATES ATTORNEY'S OFFICE
     AUSA REED M. BRODSKY
     ONE ST. ANDREW'S PLAZA
     NEW YORK, NEW YORK   10007